UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>PILAR JESUS VELARDE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MARTIN MCCAULAY,<br><br>Defendant. | CASE NO. 2:26-mc-00080-JHC<br><br>ORDER APPOINTING COMMISSIONER UNDER 28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf of the First Magistrate's Court of Jesus Maria – Superior Court of Justice of Lima, Peru, seeking information from Amazon.com, Inc., (Amazon) (Dkt. 1) whom are headquartered within the jurisdiction of this Court, for use in a judicial proceeding in Peru and the Court having read the Letter of Request (Exhibit A to the Declaration of Kristin B. Johnson), from Judge Silvia Violeta Levano Contreras, from said Court, and being fully informed in the premises, it is hereby

ORDERED, under the authority contained in 28 U.S.C. § 1782 that Kristin B. Johnson, Assistant United States Attorney for the Western District of Washington, is hereby appointed as Commissioner to take such steps as are necessary to obtain information from Amazon in conformity

with the legally permissible portions of the Letter of Request (as set forth in Exhibit A to the Johnson Declaration), to certify the information provided by Amazon in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DATED this 24th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge